**Order filed October 24, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00482-CV
_____

**TIMOTHY J CONLEY, Appellant**

**V.**

**DENNIS CLIFFORD GATES, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1093283**

## O R D E R

Appellant's brief was due October 9, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 9, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM